In the Matter of the Estate of Glen Hoover, Deceased. Claims of James Riley Hargis and Alpha Toomey, v. Mary Weinbrenner, Executor.

Gen. No. 66–43. 

Fifth District.

October 22, 1966.

Miller & Pfaff, of Salem, for appellant; Raemer & Albright, of Salem, for appellees. Opinion by JUSTICE MORAN. **Not to be published in full.**